

4612 Boardwalk Drive
Bellingham WA 98226
February 22, 2015

Clerk of the Court
U.S. District Court
400S. Virginia Street
Reno NV 89501

To whom it may concern,

I object to the proposed settlement in Lee v. Enterprise Leasing Company West LLC,
Case No. 3:10-cv-00326-LRH, U.S. District Court, Reno, Nevada.

Apparently, I rented a car from the defendant between 2007 and 2009 but I don't ever
recall being overcharged.  I likely rented from this company because it had the lowest
cost. These kind of cases are legal robbery.  A law firm obtains a couple of individuals as
a front and files a class action lawsuit.  They record some large legal bills at exorbitant
hourly fees with the expectation of being reimbursed handsomely for their effort.

In this case, the two named plaintiffs will apparently receive $10,000 each and the
remaining individuals, like myself, will receive a day's car rental or $5.  I would doubt if
10% of the day car rentals would ever be used. According to the proposed settlement, the
attorneys can receive up to $2,625,000.

If this proposed settlement is accepted, you can be assured that next time you and I rent a
car both the defendant's and plaintiff's attorney fees will be included in the charge.

I urge you to throw this case out of court.  To discourage future attempts to take
advantage of the legal system and the public, I would like to see the plaintiff's attorney
pay the defendant's legal costs but I realize that is asking to much.

Only judges that recognize the folly in these cases can put a stop to this type litigations.

Yours truly,

George Markich

Mr. George T. Markich
4612 Boardwalk Dr
Bellingham, WA 98226

SEATTLE WA 981

25 FEB 2015 PM 1 T

USA
FOREVER

Clerk of the Court
U.S. District Court
400 S Virginia Street
Reno, NV 89501