# Raymond J. Sterling

**Subject:**           Objection

I object to the proposed settlement in *Lee v. Enterprise Leasing Company West LLC*, Case No. 3:10-cv-00326-LRH, U.S. District Court, Reno, Nevada, for two reasons:

1.  The class action settlement vouchers for a free day that National Car Rental has distributed in a similar class action simply do not work and are worthless. I am not talking about the familiar concern that coupons are worthless. I mean they are worthless because they do not work even when you try to exercise them.

    Attached is a copy of what happens when I attempted to use the free day voucher obtained in the *Shames v. Hertz, et al* case. this was not a computer glitch—I tried this on multiple occasions with different computers and different browsers. It gave nothing but error codes that were nonsensical and irresolvable—one of the error codes says it has expired (which was untrue) and the other code says there is a coupon conflict (which there was not since the coupons are supposed to be stackable). I also called national directly and spent about an hour on the phone with them being transferred up into the supervisor levels and they admitted that they do not work but could not figure out why. Not only was this a total waste of time, but apparently National has gotten off scott-free and created nothing but aggravation for the beneficiaries.

    They got away with it before and will do it again. There is no one enforcing this and nothing the beneficiaries can do other than lament. National should have to pay cash and only cash.

2.  The hoops that the class action members have to go through are unnecessary and will virtually guarantee a low recovery rate. Why should the class members have to affirmatively respond or lose everything? Both the plaintiffs and the defendants know who the class members are and exactly how much each is entitled to. We have already submitted our claims. Asking everyone to go through it again—or get nothing—is designed to be difficult and begging for failure.

Thank you.          3/27/15

Ray Sterling
33 Bloomfield Hills Parkway Suite 250
Bloomfield Hills, MI 48304
248.644.1500

```
✓ FILED              ___ RECEIVED
___ ENTERED          ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        MAR 3 1 2015

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1

ACF/TCA Settlement Administrator
P.O. Box 43092
Providence, RI 02940-3092

**HZS**



Claim #: HZS-102953408501 2392
RAYMOND J STERLING
GOVERNOR'S PLACE
33 BLOOMFIELD HILLS PKWY STE 250
BLOOMFIELD HILLS MI 48304-2913



2392



November 22, 2013

Dear Customer,

We are pleased to present you with this Certificate which can be used for free time and mileage for one rental day on a rental from any U.S. corporate-owned location of National Car Rental. This Certificate is being sent to you as part of the settlement of the lawsuit *Shames, et al. v. The Hertz Corporation, et al.* This Certificate must be used on a rental that begins on or before May 23, 2015.

This Certificate may not be transferred except to a member of your household who lives at the address shown above, as reflected on their driver's license. Other restrictions apply. **Please see the Certificate below for complete terms and conditions.**

Reservations are recommended to assure availability. Call 1-800-Car-Rent for a complete listing of locations or to make a reservation. Mention coupon code NFC79. Your discount will be applied at the time of rental. **The original of this Certificate must be presented upon pickup of the vehicle.**

Very truly yours,

National Car Rental

---

**Free Time and Mileage Charges for One Free Rental Day**

RAYMOND J STERLING
GOVERNOR'S PLACE
33 BLOOMFIELD HILLS
PKWY STE 250
BLOOMFIELD HILLS MI
48304-2913

**Certificate
Registration
Number:**
102953408501

**Enjoy free time and mileage charges for one rental day on the rental of an economy, compact, midsize, standard, or full size vehicle from National in the United States that begins on or before May 23, 2015. This certificate may be used in conjunction with other discounts. Normal rental qualifications will apply.**

**Call 1-800-Car-Rent and reference coupon code NFC79.**

**Terms and Conditions:** Valid at U.S. corporate-owned National Car Rental locations. Call 1-800-Car-Rent for a complete list of locations. Rental must begin on or before May 23, 2015. Certificate applies to time and mileage charges only and does not apply to taxes, surcharges, airport access and related fees, *excess mileage* fees, one-way or drop charges, vehicle licensing fees, or optional products and services including without limitation, refueling, additional driver or damage waiver charges. Renter may be responsible for damage or loss of vehicle, so check your auto policy and/or credit card agreement for rental vehicle coverage. Certificate may not be transferred except to a member of Customer's household living at the above address. Original certificate must be presented upon pickup of the vehicle. Altered or copied certificates will not be accepted. Certificate only applies to time and mileage charges paid by the renter. Certificate has no cash value. Normal rental qualifications apply. Vehicles are subject to availability.

Rental employees please see reverse for instructions

HZSN111

Please verify that you have entered the correct information.

- Coupon 1 not valid with coupon 2.
- Coupon NFC79 will expire prior to rental.

**Modify Pickup / Dropoff Location**

*Please enter one ONLY: city, state, country or a 3-letter airport code (for example, Fort Lauderdale or United States or FLL).*

**Pickup Location ***
[Savannah Intl Arpt]    Location Guide

**Pickup Date ***    **Pickup Time ***
[APR-2015] [3]    [12 Noon]

**Dropoff Location ***
[Savannah Intl Arpt]    Location Guide

**Dropoff Date ***    **Dropoff Time ***
[APR-2015] [8]    [12 Noon]

**Modify Car Selection**

**Midsize**
2 or 4-Door/Automatic/Air

☑ ...e my car selection.

**Toyota Corolla**
or similar

**Modify Optional Rate Information**

*This section is not required for rate quote/reservation purposes. If you have a specific rate, promotional association or coupon code, please enter it here. Up to three coupon codes may be entered.*

**Contract ID:** Edit    **Membership ID:**    **Rate/Product Co**
Entertainment.com 2014    [    ]    [NW5]

**Coupon ID:**    **Coupon ID:**    **Coupon ID:**
[NF52Z7ZDE]    [NFC79]    [    ]

**IATA #:**
[    ]

☐ Check here if you will be making a reservation using a Central Bill Nur

**Modify Flight Information**
*Enter your applicable flight details. This will help us should your flight be delayed*

**Airline**    **Flight Number**
[DELTA AIR LINES INC.]  Select    [299]

**Modify Personal Information**

**First Name**    **Last Name**
RAYMOND    STERLING

**Driver's License Number**
[XXXXXXXXX9270]

**Email ***    **Emerald Club #**
                 473402171

**Confirm Email ***
[rsterling@sterlingattorneys.co]

**Need more information?** Click on individual items for details or the ? icon for details by section.