1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **IN AND FOR THE DISTRICT OF NEVADA**

9

10 LYDIA LEE and CAROLYN BISSONETTE,
   individually and on behalf of all others similarly

11 situated,                                                        Case No. 3:10-cv-00326-LRH-WGC

12        Plaintiffs,

                                                                   **FINAL JUDGMENT AND ORDER**
13 vs.                                                             **APPROVING CLASS ACTION**
                                                                   **SETTLEMENT**
14 ENTERPRISE LEASING COMPANY-WEST,
   a Delaware LLC; and  VANGUARD CAR RENTAL

15 USA, LLC, a Delaware LLC,

16        Defendants.

17

18        WHEREAS, by Order dated June 25, 2014, the Court certified the following Enterprise

19 and Vanguard classes (collectively, the "Class") in the above-captioned action (the "Litigation")

20 upon the motion of Plaintiffs, respectively:

21        All renters who were charged one or more Airport Concession Recovery Fee(s)
          by Enterprise for car rentals from Enterprise Rent-A-Car at the Reno-Tahoe
22        International Airport, Las Vegas McCarran International Airport, North Las
          Vegas Airport, Henderson Airport and/or Elko Airport from June 3, 2004 through
23        September 30, 2009; and

24        All renters who were charged by Vanguard for car rentals from Vanguard, doing
          business as Alamo and/or National at the Reno-Tahoe International Airport and/or
25        Las Vegas McCarran International Airport from July 22, 2007 through
          September 30, 2009.

26

27

28

WHEREAS, the Court also appointed Plaintiffs' counsel herein as Class Counsel pursuant to Fed.R.Civ.P. 23(c)(1)(b) and 23(g), finding that all of the requirements of the Rule had been satisfied.

WHEREAS, on or about November 4, 2014, Plaintiffs, on behalf of themselves and the Class, filed a motion for an order preliminarily approving the Settlement Agreement (the "Agreement") entered into by the parties to this action;

WHEREAS, by Order dated December 15, 2014, this Court granted the preliminary approval motion and directed the sending of Notice (the "Class Notice") to the members of the Class; and

WHEREAS, the Class Notice has been sent to the Class in accord with this Court's prior Order and the Court has held a final approval hearing on May 12, 2015, and has fully considered all arguments in support of and opposition to the proposed settlement of this matter;

NOW, THEREFORE, being fully advised in the premises and good cause appearing, the Court enters this Final Judgment and Order granting final approval of the Settlement, and finds and orders as follows:

1.      The Court has jurisdiction over the subject matter of this Action and all parties to this Action, including all members of the Class as defined in Section 1.5 of the Agreement.

2.      The Agreement and the settlement set forth therein are found and determined to be fair, reasonable, and adequate, and are hereby approved and ordered performed by all parties to the Agreement.

3.      The Court has determined that the Class Notice sent to the Class fully and accurately informed the Class of all material elements of the proposed settlement and constituted the best practicable notice to all members of the Class and fully meets the requirements of Rule 23, FRCP, and due process.

4.      Immediately upon entry of this Final Judgment and Order, the Second Amended Complaint in this Action shall be dismissed in its entirety with prejudice.  This dismissal shall be without costs to any party, except as specifically provided in the Agreement and in this Court's May 15, 2015 Order.

5.      This Settlement Order and Judgment applies to all claims or causes of action settled under the terms of the Agreement, and shall be fully binding with respect to all members of the Class who did not timely and properly request exclusion.  The persons who submitted timely and valid requests for exclusion from the Class and who are therefore not bound by this Settlement Order and Judgment are set forth in Exhibit 1 attached hereto.

6.      This Settlement Order and Judgment is a final judgment within the meaning and for purposes of Rule 54 of the Federal Rule of Civil Procedure, and is the Order provided for in Section 3.3 of the Agreement.

7.      The Court orders that the Representative Plaintiffs and all members of the Class who did not properly request exclusion are barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, any claims settled under the terms of the Agreement, which they ever had or now have, to the full extent provided in the Agreement.

8.      Without affecting the finality of this Settlement Order and Judgment in any way, the Court retains jurisdiction over (1) the implementation and enforcement of the Agreement until each and every act agreed to be performed by the parties to the Agreement shall have been performed; (2) any other action necessary to conclude this Settlement and to implement the Agreement; and (3) the enforcement, construction and interpretation of the Agreement.

9.      This Settlement Order and Judgment does not constitute an expression by the Court of any opinion, position or determination as to the merit or lack of merit of any of the claims and/or defenses of the Representative Plaintiffs, the Plaintiff Class, or defendants. Neither this Settlement Order and Judgment, the Agreement, the fact of settlement, the settlement proceedings, settlement negotiations, nor any related document, shall be used or construed as an admission of any fault or omission by Defendants or be offered or received in evidence as an admission, concession, presumption, or inference against any Defendant for any purpose whatsoever other than in such proceedings as may be necessary to consummate or enforce the Agreement.

1       10.    The Court finds that no just reason exists for delay in entering this Settlement

2  Order and Judgment.  Accordingly, the Clerk is hereby directed forthwith to enter this Settlement

3  Order and Judgment pursuant to Rule 54, FRCP.

4

5      DATED this 3rd day of June, 2015.

6

7                    LARRY R. HICKS

                    UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

| First Name | Last Name |
|---|---|
| EVA | BRENNAN |
| JOHN | WINBUN |
| JIM | SIMPSON |
| ROBERT | GASSEL |
| AMY | COLEMAN |
| KILLOL | THAKORE |
| REINHARD | RICHTER |
| DALE | BROWN |
| RONALD | HICKMAN |
| DAVID | SHEARER |
| MICHELLE | JACOBSEN |
| PAUL | VILLA |
| JENNIFER | SEELY |
| GERALD | BURK |
| HUGH | OSBORNE |
| DOUG | COLLINS |
| BILL | LINVILLE |
| WILLIAM | WALL |
| CRAIG | KIENITZ |
| TC | CARTER |
| KAREN | JOHNSON |
| JAY/GPS | CAMPBELL |
| CHUAN | LIU |
| JAMES | CROSS |
| MARK | VAN MINSEL |
| DAVID | FRIEND |
| SCOTT | CASELLA |
| STEVE | MURRAY |
| JAMES | JONES |
| LEONARD | SMITH |
| HENRI J | KAPLAN |
| VICKIE | JONES |
| JASON | VALDOIS |
| CHRISTOPHER | MORGAN |
| RONALD | RAETZ |
| LYDIA | WALTERS |
| TERRY | EIVINS |
| JAMES | ALEXANDER |
| MARILOU | GILMOUR |
| TONY | THOMAS |
| RODOLF | ESCOBAR |
| SHIRELY | LOYD |
| KEVIN | HOLE |
| EDWARD | WURTZ |

| | |
|---|---|
| PATRICK | O'BRYAN |
| KEVIN | BRADY |
| MARY | CARRIG |
| PAMELA | SMITH |
| DEBRA | HILLMAN |
| SHELLI | NAONE |
| GARY | SCHERCK |
| CAROL | GRAHAM |
| KATHRYN | FARINHOLT |
| TERRY | ROSSMAN |
| ROBERT | GRACE |
| MARK | BENNETT |
| LYDIA | DANIELS |
| MICHAEL | SOUZA |
| PAUL | SIMMONS |
| KENNETH | GRAMBOW |
| DODIE | EISENHAUER |
| CARLA | REGEHR |
| RICHARD | AGHABABIAN |
| RONALD | VERRANEAULT |
| EDWARD | FOLLIS |
| CAMPBELL | TRICE |
| GRAYSON DEBO | USU VOLLEYBALL |
| CIRILO | SINFUEGO |
| CHRIS | HAY |
| CLARE | SHEILS |
| JENNIFER | AUCIELLO |
| JUDD | MOSS |
| EUN JIN | LEE |
| JERRY | JOBE |
| CRAIG | LUND |
| GARY | NAVARRETTE |
| GREGORY | SIMONS |
| RUSSELL | ROGERS |
| JAMES P | MANION |
| JENNIFER | MURRAY |
| GRETCHEN | HEDGE |
| KEITH | LINSLEY |
| PETER | FRASER |
| EUGENE | YEN |
| JASON | MUELLER |
| ROBERT | PRINCE |
| CHARLES | COONEY |
| MELISSA | ANDERSON |
| RONNELL | SCHULER |

| | |
|---|---|
| T. C | MOSS |
| JOHN | JONES |
| ELIZABETH | STOUT |
| MARTINA | GRANGER |
| DERRICK | OSBORNE |
| ERICA | PARNELL |
| DENNIS | BRANHAM |
| DAVID | MAAS |
| LAWRENCE | SZEWCZYK |
| DONALD | CARMICKLE |
| MICHEAL | MANSEAU |
| DOMINICK M | BRANCO |
| DANIEL | CLAYTON |
| MICHAEL | NUTGRASS |
| BLAINE | JUDY |
| DOUG | COOPER |
| EDWARD | PANAS |
| STEPHAN | JUNG |
| TERRY | DICK |
| SUSAN | FISHER |
| STEVE | HORTON |
| CRAIG | MARTINEZ |
| MICHAEL | KEOUGH |
| OSVALDO | AYALA |
| DAN | SYMMES |
| ANN | NELSON |
| DON | WIEBELHAUS |
| WAYNE | WEST |
| CARL | CHRISTIANSON |
| HARVEY | DICKSON |
| REBECCA | MORLEY |
| DARRON | TODD |
| BONNIE | HAUSE |
| PAULA | BLEVIN-RUSSELL |
| STEVEN | GARY |
| HOWARD | WHITEHEAD |
| HORTON | HACKLER |
| TERESA | HERMAN |
| CHERYL | SINGLETON |
| STEPHEN | BUCKHOUT |
| STEVEN | HOUSER |
| DAVID | DUNKELBERGER |
| KARL | KUNKEL |
| LEROY | SMITH |
| NATE | LEATHERMAN |

| | |
|---|---|
| JASON | SERSEN |
| DANE | ROTH |
| TOM | BERARD |
| DENA | VILLANI |
| WAYNE | CAMPBELL |
| ROBERT | LOW |
| ANDY | BENAVIDES |
| MATTHEW M | WILLIAMS |
| RONALD | DOERING |
| MILO | COATES |
| RICHARD | SKOUSEN |
| GORDON | SCHROEDER |
| ROBERT | SZULCZYNSKI |
| ROBERT | MERRYFIELD |
| BEN | PEREZ JR |
| JASON | HARRISON |
| LIONEL | RICKFORD |
| ROBIN | LEE |
| RAYMO | MCDONALD |
| DIETLINDE | SANDEEN |
| BARBARA | JACOBS |
| JOSEPH | HULTZ |
| BILL | BUSS |
| HUGO | VIVERO |
| MOLLIE | BAUMAN |
| MELODY | VARNER |
| ALAN | WU |
| MARSHALL | SOSLAVSKY |
| DWIGHT | NEUBECKER |
| MONICA | DOWNEY |
| STEVE | SYRCLE |
| TERESA | BENNETT |
| CONNIE | LENSKI |
| GABRIEL | CANTU |
| GARY | COE |
| DAVID | HODGE |
| MICHAEL | DELISIO |
| BOLDENOW/RH | LITTLE ROCK AFB |
| DESIREE | MITSUNAGA |
| JOSEPH | WHITT |
| VICKI | CRAWFORD |
| STEVE | SCHECK |
| EUNICE | EIFERT |
| CYNTHIA | O'NEILL |
| RICHARD | HEMMER |

| | |
|---|---|
| HENRY | ARMSTRONG |
| GARY | BOYD |
| DAVID | SMITH |
| ROBERT | BOAM |
| STEPHEN | PREVATT |
| DAVID | SMITH |
| TIMOTHY | SHORT |
| KAREN | FREESE |
| MARK | BEAUCHAMP |
| ROSEMARY | SEABURG |
| DONALD | WEIBELHAUS |
| DALE | HAHN |
| WILLIE | BELTRAN |
| PATRICK | MACMILLAN |
| NOEL | SANTIAGO |
| JOHN | CRONIN |
| DON | CALENDER |
| ROBERT | MOUNTS |
| BEN | STUCKEY |
| THOMAS | CAVE |
| ANTHONY | MATHENY |
| LOUIS | HIGGINS |
| LORENE | RAMIREZ |
| LORNA | PRICE |
| KELLY | HAY |
| STEVE | TAVAN |
| ROBERT | MUELLER |
| KATHY | GEBHARDT |
| PHILETTE | HAM |
| TRICIA | BRUMIT |
| HEATHER | RAMSAY |
| CARL | BASCOM |
| BHARAT | GOPUJKAR |
| ARMANDO | LOPEZ |
| JONI | SMITH |
| STEVEN | BEBICH |
| EINAR | HEPPNER |
| JAMES | HULSEY |
| JEFF | SCHOENTHALER |
| CAROL | MOORE |
| DARRELL | RICHARD |
| STEVEN | MILLER |
| BERNARD | OPPELT |
| ZDISLAW | ATASINSKI |
| CAROL | BLECKER |

| | |
|---|---|
| DANIEL P | NOLDEN |
| GUNTER | PREUSS |
| GEORGE | BOULWARE |
| CHRISTINA | JUERGENS |
| RENE | LEBLANC |
| MARC | SCHENASI |
| COLLEEN | PARKYN |
| DONALD | PRECHODKO |
| MICHAEL | KULYNIAK |
| GLEN | HAMMEL |
| GINA | DITTMER |
| MISTI | HENDERSON-ELKIN |
| EUGENE | SCHWENK |
| KATHLEEN | KOHLER |
| JOHN | TULLNER |
| GEORGE | CHILTON |
| DON | WOODALL |
| KARY | KIELHOFER |
| STEVE | BLINCO |
| BERNARD | COELHO |
| THOMAS | EVANS |
| ROGER | DARDEN |
| NELSON | MACOMBER |
| WILLIAM | MILLIGAN |
| BEVERLY | FIES |
| THOMAS | KOGER |
| ROBERT | BROWN |
| WILLIAM | VOSS |
| GLEN | BRACK |
| LESTER L | LEE |
| DAVID | SCANSON |
| YUTAKA | ARAKAKI |
| JERRY | WETZEL |
| GAIL | MCCABE |
| SCOTT | LEISTMAN |
| DONALD | WIEBELHAUS |
| RICHARD | MARSHALL |
| CRAIG | DAVIS |
| ROBERT | FLOYD |
| JOE | DURAN |
| BETTY | ADAMS |
| JAIME | BADILLA |
| MICHAEL | FRIEL |
| FAYE S | GREEN |
| ANNE | BROWN |

| | |
|---|---|
| PATRICK | JOHNSON |
| DAVID | SWARD |
| MARK | CLARK |
| WILFRED | OSTIGUY |
| JOHN | MURTAUGH |
| JOHN | GORDON |
| DEDRA | MORRIS |
| CARL | BIGELOW |
| CHARLES | POWRIE |
| JENNIFER | LOVE |
| VICTOR | MUIR |
| JIM | CONYNGHAM |
| CHARLES | GOECKEL |
| KEITH | MOLIK |
| RANDY | RODEN |
| ROXANA | CURRIE |
| RODGER | SANDERS |
| CHAD | VANDERWALL |
| CLAIRE | BLAIRD |
| STELLA | MCCRAY |
| ANTHONY | HINSLEY |
| JOHN | STANKOSKY |
| ALVIN | GEISMAR |
| STEVEN | KIRBY |
| GARY | BUFKIN |
| SHARON | BROWN |
| EDWIN | MCSHANE |
| TIMOTHY | PFLAUM |
| JENNIFER | VASQUEZ |
| CAROL | RANEY |
| TODD | TRIMMER |
| AMY N | MORRIS |
| SCOTT | PULFORD |
| KELVIN | ALEXANDER |
| STEVEN | MOODY |
| LEE | THOMPSON |
| WAYNE | BRATCHER |
| MARIA | HOFMAIER |
| CHARLES | LEWIS |
| CAROL | DRAKE |
| KEITH | ALEXANDER |
| RONALD | OSBURN |
| DOMINIQUE | GIULJ |
| JASON | MERIDA |
| KIRK | RUSH |

| | |
|---|---|
| CECILE | ARRINGTON |
| MICHELLE | MASCARENAZ |
| ASHER | ARTLEY |
| KRAIG | BRANDT |
| BENNY | VASQUEZ |
| DEREK | KIRTLEY |
| WILMA | STANLEY |
| JANIS | KERNS |
| RICHARD | BIERLEIN |
| ROBIN | BURWELL |
| JAMES | KALBFLEISCH |
| TAGUEN | RAK |
| JOHN E | CHINNER |
| JASON | NEWCOMB |
| ANDREW | PEEK |
| CAL | STEWART |
| AMANDA | PUERZER |
| JASON | HAZARAS |
| ANDREA | MCALLISTER |
| RAYMOND | GROH |
| SUSAN | DUNHAM |
| YUNG DUCK | KIM |
| DAVID | WIKKERINK |
| HANS | ZUENDEL |
| MUTHU | NAIDU |
| GRAHAM | TULLOCH |
| MARY | ORR |
| DEAN | NUELL |
| RUSSELL | REID |
| JUDY | WALL |
| JEAN | LEGAL |
| BRAUNA | KUBICKI |
| PABLO | DIEZ |
| SUZANA | MURGOI |
| DENNIS | HALSALL |
| MOHAMMEDZU | SHAIKH |
| BLANE | POBERZINCK |
| GARETH | PARKER |
| LEO | BANKS |
| LOUIS-PHILIPPE | HALL? |
| STEPHEN | RAMAGE |
| GREGORY | MISDANITIS |
| CHRISTOPHER | READ |
| STUART | MULHOLLAND |
| CLIFFORD | SCHMIDT |

| | |
|---|---|
| JEFFREY | SMITH |
| HANK MR | RADOMSKI |
| CARL | TILLSON |
| TWYLA | NAGEL |
| H PAUL | DESBARRES |
| JOHN | JORDAN |
| LEE | FINCH |
| MARTIN | MATTHEWS |
| HUGUES | WATINAUGOUARD |
| DANEAL | LITTLE |
| GERALD | PLANTE |
| CORINNE | VOLPATTI |
| MICHAEL | BRANKIN |
| SARAH | HOLT |
| PETER | DALLE VEDOVE |
| LANA | BUERGER |
| ALAN | SMITH |
| IAN | CREIGHTON |
| PETER WARREN | COX |
| MICHAEL | FONTAINE |
| JAMES | HOFLUND |
| DAVID | BENKEN |
| TERRY | ELLISBERG |
| CARL | LIVINGOOD |
| EILEEN | GARCIA |
| CHARLES | MCKNIGHT |
| KAREN | DONOVAN |
| KEITH | CHESTER |
| ROBERT | PRIOR |
| RICHARD | FORD |
| THOMAS | MACISAAC |
| PASCALE | GUIVIER |
| HARRIET | FELBER |
| DAVID | GETLER |
| KEVIN | SIMMERMAN |
| BEVERLY | MINOR |
| MARY | BUCK |
| COLLEEN | HENRY |
| DEBORAH | LEHMANN |
| MICHAEL CHARL | MANAZIR |
| JAMES | BUCCERI |
| CHRISTOPHER | GUODACE |
| KENNY | BILBRO |
| JENNIFER | ATWOOD |
| RHAYNE | ASHLEY |

| | |
|---|---|
| DONNA | RAUSCH |
| TIMOTHY | FANNING |
| RONALD | RIO |
| RUSSELL | RUTHERFORD |
| KEVIN | MICHAEL |
| ERIC | HUGHES |
| MARIA | KUNIHIRO |
| RODNEY | IKEMOTO |
| RICHARD | HANKEN |
| JOHN | HALBUR |
| JAMES E | DOWNES |
| DEBORAH | BEACH |
| CAROLE | BARNETT |
| DAVID | WALZ |
| GARY | BLAIR |
| RICKY | TIMS |
| PATTY | EDWARDS |
| SHELLI | NAONE |
| BARBARA | FLEMING |
| VICTOR | POLANCO |
| LORETTA | SUMMERVILLE |
| MARK S | FELLOWS |
| LYNN NAOMI | MORITA |
| STEPHANIE | MONCAVAGE |
| JOSEPH | MORTON |
| STEPHEN | MCMULLEN |
| RAYMOND | RONCA |
| RICHARD | STADT |
| MARTINA | CARVALHO |
| ERNESTO MARC | MOLINA |
| DAVID | VITTORIO |
| MAGGIE | STAFF |
| GARY W | GRETZINGER |
| THOMAS | HART |
| MARSHALL | SOSLAVSKY |
| WILLIAM | BROWN |
| LISA | ZIRBES |
| MICHAEL | BROWN |
| LELAND | ONEKEA |
| BRYAN | SUNDQUIST |
| J. PATRICK | DONNELLY |
| JOHN | HANSON |
| KELLEY GLEN | DALE |
| RANDY D | GENTRY |
| JON A | KURSHINSKY |

| | |
|---|---|
| JAKE | BRYANT |
| SHERRY L | DIEHL |
| THOMAS | SAYERS |
| KIMBERLY | OBRION |
| DANNY | WHITE |
| VIDA | HARIRIAN |
| RANDALL | COWART |
| BRIAN | MARGARITIS |
| RODNEY | CRIGLER |
| THOMAS | GRAYSON |
| JOHN | WHIPPLE |
| BRENT | CERTA |
| JEFFREY | GLADING |
| JANICE | CARUSO |
| GREGORY | HARRISON |
| DONALD | BUSOCKER |
| KIM | DIEDRICH |
| EDWARD J | DEMETRAK |
| MICHAEL | STARK |
| DAVID | SMITH |
| TIMOTHY | CUBBEDGE |
| DEBRA | TRANCHIDA |
| RICHARD | CARBALLO |
| ALBERT | LEITES |
| NEAL | FENTON |
| RUDY | AKALA |
| JAMES | SHIVERS |
| MICHAEL | TURNER |
| PAUL | SENNESS |
| RONALD G | HAGEN |
| JEFFREY | MILES |
| MAUREEN | WEITZ |
| JOHN | DEMEO |
| DAVID | HARLEY |
| KELLY | MEARES |
| JASDEEP KAUR | MANN |
| JOHN A | CHUDZIK |
| RICHARD | MENTEL |
| MICHAEL | JASCHOB |
| CHARLES | KING |
| JACOB | BEAL |
| DAVID | THOMPSON |
| HAROLD | PEAT |
| JESSE | SHARP |
| TIMOTHY | KEARNS |

| | |
|---|---|
| ROBERT | SHIELDS |
| ANDY | SETO |
| GERRY | DURENDA |
| STEPHEN | CALDER |
| KLINE | KLINE |
| JOSEPH | WHITNEY |
| LARRY | JACKSON |
| BEVERLY | SCHONS |
| NATALIE | LANGFORD |
| TIMOTHY | HALVERSON |
| JENNIE | CHRISTENSEN |
| NATHANIEL | ROCHESTER |
| HARRY | MARTIN |
| STEPHEN | SEVENICH |
| SUMMER | KISER |
| MERLYN | RACO |
| JOHN | MILLS |
| JAMES | ALEXANDER |
| WAYNE | KINSTAD |
| WESTFALL | KENDALL |
| ADAM | NAITO |
| WAYNE | BROWN |
| THOMAS | PARNELL |
| JAMES E | PEOPLES |
| THOMAS | HARSHBARGER |
| PHILIPPE | RISSEEUW |
| RUSSELL S | BAILEY |
| LUCA | MAZZEI |
| GARY D | RUPE |
| VIC | RINKENBERGER |
| SUELLYN | PHILLIPS |
| GABRIEL | CANTU |
| DAVID | DRURY |
| DONNA JEAN | HOFMEISTER |
| NATHANIEL | SANGGA |
| RACHEL | MENDIOLA |
| C | CARBAYO-PALLARES EL |
| JOHNNY | LONG |
| KATHY | AMARAL |
| ANGELA | CRONIN |
| KEITH | HODDINOTT |
| PETER | WOJCIECHOWSKI |
| HARRISON | LOSEY |
| ROBERT | SICOLI |
| RAYMOND | ADAMS |

| | |
|---|---|
| WILLIAM ARTHUR | DITTRICH |
| CHARLES | NELMS |
| JOHN | LARSON |
| KENNETH | O'LEARY |
| THOMAS | HOSHINO |
| PAUL A | SUSTMAN |
| PRAJESH | SHARMA |
| BRUCE K | CROWTHER |
| CLAY | ZECHA |
| WAYNE | HARLEY |
| RONALD | JENKINS |
| DONALD | WILLIAMS |
| JEFFREY ELWIN | WARD |
| STEVE | GIBBONS |
| BRIAN | VOGEL |
| TED R | POWELL |
| LOU | MADDEN |
| ROBERT | BURNSIDE |
| JAMIE LYN MEIL | KAWAMURA |
| ROBERT G | CLARK |
| JUAN | GIVENS |
| JOE | MARRUFO |
| HOWARD | LLOYD |
| LYNN | BENNETT |
| BARRY | PETERS |
| VIJAYRAM | DUNNA |
| STEVEN | STOUTJESDYK |
| DAVID | WAGNER |
| CHRISTINE | KARPEL |
| JEFFREY | HAGEMAN |
| KELLY | YOUNG |
| BRENNON | BYNUM |
| DAVID | SCOTT |
| FRANK | BIANCARDI |
| CESAR PASION | UDANI |
| KATHERINE | KULIG |
| RALPH | PASOLA |
| ROGER | DIERCKS |
| PEET | GARY DEAN |
| AJAY | KALINANI |
| JOY | JANISH |
| BRIAN | BOWERS |
| JEREMY | MOORMAN |
| ARDENE | NICHOLS |
| ALAN P | GRUBER |

| | |
|---|---|
| JERA | AUSTRING |
| JANNA | KING |
| TODD | CROMWELL III |
| EDWARD | TSCHANZ |
| GAIL LORRAINE | HONEYWELL |
| STANLEY | NICHOLS |
| KURTIS | NISHIMURA |
| DAVID | HARRISS |
| GEORGE | MOOREHEAD |
| ANN | QUINN |
| EDWARD | POTESTIO |
| VICTOR | LIBRIZZI |
| LORIECA | CLARK |
| RANDALL | HOGAN |
| RICHARD | PUCHER |
| BRADLEY | JONES |
| DONALD | SCHRADER |
| WILLIAM | SACCHETTO |
| JOSEPH | PURCELLA |
| SUSAN | MACMILLAN |
| MATHEW | COFFMAN |
| CHRISTOPHER | WHITBY |
| MICHAEL | SEBA |
| KEELA | EDDY |
| STEVEN | BERNARD |
| WILLIAM | DECKER |
| LEESE | YARBROUGH |
| PAUL JOSEPH | SCHMITT |
| ANGELA | MCMANUS |
| STEVEN | HARPER |
| MICHAEL | HERBSTREIT |
| JOHN | MALLETT |
| DAVIS | GARDNER |
| THOMAS | BROWN |
| ERIC | SIEGMANN |
| JOHN H. | STEELE |
| GEORGE | STANTON |
| LINDA | ALLEN |
| MARK | FRY |
| CHRISTOPHER | MANCIL |
| ROBERT | BRISON |
| TERRI | WARD |
| JERRY | PALLARES |
| RYAN | BAXTER |
| TONY A | NOLAND |

| | |
|---|---|
| SHERRIE | SOTO |
| MARILYN | SESSIONS |
| ROSE | SCHELLER |
| VERONIQUE | DROUIN |
| THERESA D | NORRIS |
| LORETTA | HARTLEY |
| KAREN | HENEGHAN |
| KENNETH | MCGILLVARY |
| JOHN | HENZEL |
| ZACHARY | MOYER |
| ALLYSON | FORD |
| DAVID | GIANNELLI |
| SRI | MENON |
| PRECILIANO | PALACIOS |
| B. MATTHEW | STEORTS |
| RODGER | COMAN |
| BELINDA H | CHAN |
| MICHAEL D | REED |
| ROGER | RUDLAFF |
| GARY | HOLLIBAUGH |
| GERRIT | SMITH |
| STEPHEN | GILL |
| KARL THOMAS | LORENZ |
| CHRISTOPHER A | HAYDOCK |
| ROBERT | HANSEN |
| DEKEN | KEIL |
| JAMES | WATSON |
| GARY | HAYES |
| MORGAN | RUTHER |
| DUNCAN | PARKER |
| CHARLES | ABBOTT |
| LEE C | BROAD |
| CARLOTTA | ARNOLD |
| DEBORAH | FLY |
| DARYL | KEPPLER |
| STEPHEN | COINDREAU |
| EUGENE | WRIGHT |
| DAVID | WEBB |
| JAMES | REYBURN |
| MARK | KLEIN |
| ROBERT | PITT |
| KEITH | RANDALL |
| MICHAEL | STEED |
| RAYMOND | DUSCHEK |
| PETER | ISAAK |

| | |
|---|---|
| PETER | HUNT |
| MARION | HILLCOAT |
| ROMAIN | LAMMAR |
| MARKUS | BIGALKE |
| HINDRIK | MARRINK |
| DAVID | REDPATH |
| JAN | MACEK |
| MELANIE | KNOLL-OKOYE |
| CLIFFORD | JONES |
| WALTER | BROSLAW |
| ALAN | ELLIOTT |
| LARS ERIC ROLA | HANSSON |
| MALCOM | HOLT |
| ROBERT | HUBER |
| BRETT | MORRICAL |
| DENNIS AUBERY | SARTAIN |
| ZELIKA | JURLETA |
| HANS | VANDENPLAS |
| DAVID | MEDHURST |
| FATIH | GUL |
| MICHAEL | SCHAER |
| LUC | YSEBAERT |
| BARBIERI | SIMONA |
| LEO | BROUWER |
| JUTTA | KRAUS |
| ERIC | BUFFET |
| TSUTOMU | OSHIMA |
| OLIVER J | FITZSIMONS |
| MAURIZIO | CASTELLO |
| JAMES | PERKINS |
| JEREMY | TRANTER |
| JAMES | WARNER |
| PETER | GOLDSWORTHY |
| SHAMEZ | VIRANI |
| SANDOR | DR. SOMOGYI |
| BONNIE | CRONYN |
| ROBERTO | FERRAZZA |
| KAREN | STACH |
| JEAN FRANCOIS | LINDER |
| GORDON | SCOTT |
| MICHAEL | DEAN |
| JOHN K | FREW |
| HARM | JANSEN |
| DAVID HAROLD | MEDHURST |
| LIONEL | OBADIA |

| | |
|---|---|
| JOHN | HALL |
| THOMAS | MADDOX |
| ERNEST | WISMAN |
| CHRISTOPHER | LANG |
| HEATHER | BOGERS |
| OEGE | LAM |
| ROBERT DAVID | HINKS |
| CHARLES | FEWELL |
| JOSEF | VAN DALEN |
| JULIEN PASCAN | BOUDAN |
| JUDITH A. | SARTAIN |
| MURIEL | BURKE |
| TRACEY | RAHMOUN |
| BRADLEY | ALFORD |
| MATTHEW L | HART |
| STEPHAN | GRELL |
| ADAM | KUZMICZ |
| PAOLA | ORLANDO |
| JEROEN T | VAN DAM |
| BEVIN R | LEIPERT |
| HEIKE | GOERTZ |
| WOLFGANG | KOEHLER |
| HANS RAINER | LEHSER |
| HELEN | BLACK |
| RONALD | BECHARD |
| JOHN | CURLE |
| DALE EDWARD | PHIPPS |
| SONIA | SALZANO |
| MARTIN | CALVER |
| DANIEL | MATOVIC |
| MARGARET | CYRZAN |
| CARLOS | FACERIAS |
| MICHAEL | KIRTON |
| BERNARD | DELIGNY |
| LINDA | SUMMERS |
| CHRISTOPHER | SCHOUTEN |
| KEVIN | WARD |
| VOLKHARD | FROHLICH |
| NATHASHA | DAVIDSON |
| HANS | REINLEIN |
| HUGO | FESKENS |
| RONALD | VAN GURP |
| PATRICK | LETELLIER |
| ROBERTO | DICESARE |
| ZOLTAN | PEHO |

| | |
|---|---|
| JOHN | JOANES |
| EWEN | ROTH |
| PETER | DEWEIN |
| RACHAEL JOAN | CHAPLIN |
| HILDA | DARNELL |
| KLAUS CHRISTIA | WIELANDER |
| CHRISTIAN | SCHEERS |
| SHEA A | ADAMS |
| BRUCE STANLEY | VOKES |
| DANIEL | BECKER |
| RUN LI | ZHENG |
| LUCIEN | QUEROLI |
| TREVOR | EVANS |
| JOHN | SCHULT |
| MICHAEL | REICHL |
| JOHN | ANDRUSIAK |
| ANDREAS | KLATT |
| KEN | MCLEAN |
| RUDOLPH | ELSHOUT |
| WENDY | MEDHURST |
| VALENTINO | DAL MORO |
| ANGELA | KNOERR |
| NICHOLAS | VAN WIERINGEN |
| WILLIAM | MURRAY |
| RICHARD | JOEL |
| JEAN | CHABT |
| HEINZ | RITZMANN |
| GRAHAM GEOR | SMITH |
| RICHARD ALLEN | COVE |
| CHRISTIAN | BONOW |
| MARY | LENNON |
| JANICE | PETTIT |
| MARTIN | DOLEZEL |
| GRAMHAM | HILL |
| TOBIAS | BECKER |
| JOHN | HAYS |
| LARS | KESSEBROCK |
| HARTMUT | GRAETZ |
| MORDEHAI | ELNEKAVE |
| JOHAN MAGNU | RENMARKER |
| GARY | GELL |
| RICHARD | STONHEWER |
| ETIENNE | LIARDET |
| MARC | PAUWELS |
| CHRIS | SMITS |

| | |
|---|---|
| LISA | YOUNG |
| DAVID | MOOTE |
| JOHANN | BAATZ |
| RAYMOND | HODGES |
| BERD | HUELSMANN |
| MARKUS | KIEFER |
| JEAN PIERE | BOUVART |
| PETER | CLINCKEMALIE |
| HEINER | EBERT |
| WILHELM GEOR | LIMBRUNNER |
| LOTHAR | SIEKMANN |
| NICOLAS | JIMBERGUES |
| ADRIAN | HARRIS |
| JOHN | MUSSETT |
| VEGLIO | GIOVANNI |
| STEFAN | HAEBERLE |
| YVES | SCHWAB |
| MAGNUS | JANS |
| ANDREW | GARNER |
| STEPHEN | SMALL |
| LAURENCE | LACY |
| BARRY | FLETCHER |
| UWE | THIEMANN |
| PETER | JONES |
| MARK | JEVNE |
| DONALD | WALES |
| ELKE | GALLE-HULSENBECK |
| SOREN | LASSEN |
| MARTIN | LAVOIE |
| MICHEL | ANDRE |
| ATILA | BATU |
| CHRISTOPHER | SMALL |
| LEE | BLUNDELL |
| ALEXANDER | HOCH |
| MICHAEL | DAMRAU |
| PIETER | VAN DEN BERG |
| STUART | WHITE |
| NORBERT | ALBRECHT |
| GRAHAM | CAMERON |
| DIANE | WEST |
| LAURENCE | DUNSEATH |
| TIMO | SKOETSCH |
| MARKUS | ODERMATT |
| ANDREI | POROSENCOV |
| DARREL | BREITKREUTZ |

| | |
|---|---|
| TAPASVI | JOSHI |
| ANTHONY | PHIPPS |
| MARTIN | DUBS |
| RUTH | KINDEL |
| TOMAS | PALAZUELOS |
| MICHAEL | ANDREWS |
| RICHARD | TODD |
| MICHAEL | KOMENDA |
| JORG | RINGLEB |
| PIERRE ALAIN | DREIER |
| JOHN | SYMONDS |
| BARRIE | POOLEY |
| CHRISTOPHER G | PARKER |
| GILLES M | LABROSSE |
| BRIAN | PHILPIN |
| JAN MARKUS | NASLUND |
| JOAN ELIZABETH | SWIFT |
| WENDY A | DENA |
| ANDREW | ROBERTS |
| ANDREA | FRATTINI |
| FRANK | SCHNEIDER |
| PIERRE | LLENBACH |
| MARCUS JAMES | KROPACSY |
| MICHAEL | BRIGGS |
| KENNETH | GROVES |
| JAMES | ALGAR |
| MICHAEL | ABRAHAM |
| FLORIAN | SCHRETTLE |
| BENNY | CHAN |
| CHARLES | GILLESPIE |
| MIKKO | PIHKANEN |
| MARC | LAROUCHE |
| KAY | EDWARDS |
| NANCY | FOSTER |
| ALESSANDRO | LA PENNA |
| JOHANNES | BAAK |
| MICHAEL | SCHNEIDER |
| NICOLE | HOCHSCHORNER-MUEL |
| DEREK | COLES |
| PHILIP | GILBANKS |
| ANDREW | JENKINS |
| NORMAN | REYNOLDS |
| DEREK | TUPMAN |
| ALAN GEORGE | COLE |
| KENNETH | WILSON |

| | |
|---|---|
| SAMUELE | GUBERT |
| REGINE | TREUTEL |
| ANDREW | MADDISON |
| TOMMASO | RIGHI |
| AMANDA | HOWARTH |
| CHARLIE | DIDRICHSEN |
| RAINER HEINRICH | MUNKELT |
| MICHAEL P | COLLINGE |
| DIRK | VERBOOM |
| ARJEN | BOS |
| ROMANA | EDER |
| MARCO | CERASA |
| WILLIAM | FERGUSON |
| GIANLUCA | CANDINO |
| HENDRICK | KOUWENHOVEN |
| MARIA LUISE | FURBASS |
| WERNER | KRAE |
| STEFANO | LEUCI |
| IMTIAZALI | WALJEE |
| FRANCOIS | NANCHEN |
| GEOFFREY | EVANS |
| PATRICIA | KENT |
| GABRIELA | RACK |
| BERND | TOBOLLA |
| IAN | MURRELL |
| ROBERT | WALLER |
| ADRIANO | PINNA |
| GARY | JAMES |
| DINA | BENTLEY |
| COLIN | MCKNIGHT |
| ROBERTO | SOLDAN |
| CHRISTOPHER | DIGWEED |
| SIMON | FEINSTEIN |
| GREGORY | DEW |
| KURT | NAGLER |
| LAURENT | KOENIG |
| JAMES | WALPER |
| ERNEST MR | WISMAN |
| GREGORY | BERESNIAK |
| ANDREA | BERNADI |
| AXEL | LEUCHT |
| SUSAN | FAIR |
| BARRIE | WILSON |
| TIMOTHY | BLACKBURN |
| SHAUN | PEARSON |

| | |
|---|---|
| CHRISTINE | KARRER |
| LEO | SMOOR |
| PETER | HAUPT |
| MICHAEL | GERNDT |
| HILLE | AHLERS |
| LAURANCE DON | MESSER |
| SEAN | HACKETT |
| ALEC | TAVEL |
| OLIVIERO | CENCI |
| DAGMAR | SCHLECHTRIEM |
| TIMOTHY | STOKES |
| DENNIS | SARTAIN |
| NEER | SHIMON |
| DEMETRIO | KOLAXIDIS |
| MIREILLE | GLEIZES BOST |
| TERRENCE | STOKES |
| MICHAEL | MURPHY |
| FREDERIC | MERIENNE |
| MELVIN | THIESSEN |
| ENNIO M | CANDUSSO |
| JOHN | BERMINGHAM |
| LOUISE | ROBERTSON |
| KATHERINE | KOSTIUK |
| MANUEL | COMIS |
| DORIS | BODDEZ |
| ANDREA JUTTA | REUTEMANN |
| JOHANNES | ANDICHON |
| LISA | ROTA |
| TERRENCE | FENDOM |
| BART | DEMOOR |
| JOAN | BETT |
| WARREN | WILLS |
| MANFORD | MEHR |
| FRANCIS | BLAKELEY |
| PETER | EULENSTADT |
| ANDREAS | TRACHE |
| JORG | SANDER |
| DAVID | MORRISH |
| LINUS | STEYNES |
| FRANK | SCHULZE |
| NICHOLAS | STEFANOU |
| MALCOLM | HOWARTH |
| JOSEPHINA JA | BERBEN |
| IAN | SILVAIN |
| ROB | HASSING |

| | |
|---|---|
| MICHAEL | FOREMAN |
| GERHARD | EICHENBAUM |
| RODOLFO | PESATI |
| JASON SEAN | BARRETT |
| HENRIK | BACH |
| VALERIY | SUBBOTIN |
| NICK | DEWIT |
| DONALD | MUIR |
| DAVID | ORMESHER |
| ADRIAN | OWEN |
| BRIAN | YOUNG |
| LEENDERT | VANDERHEIJDEN |
| FREDERICK | HUGHES |
| SAHAR | AZOR |
| NORMAN | DENNIS |
| IAN PHILLIP | MONEY |
| ALAN C | WILSON |
| BRENDA | SHUKIN |
| GEORGE | AUSTIN |
| GARY | OLCHOWSKI |
| MARIE | MOTTARELLA |
| PETER | PHILLIPS |
| JIM | STEELE |
| NICOLE | VINCENT |
| NEIL | HARRISON |
| DAVID ANTONIC | SOS SEQUEIRO |
| CLAUDIA | ZGRAGGEN |
| IMANOL | LAZCANO |
| WOLFGANG | SPATT |
| JUTTA | HELPERT |
| JOZEF | HENS |
| TIMOTHY B | SHERIDAN |
| DENNIS | DOOLEY |
| STEPHEN | HALL |
| ALLAN | ENGEL |
| EHUD | HAR-CHEN |
| SODA | CAJEE |
| GEORGE | KYRIONYMOU |
| DIMOSTEIN | MAVROPOULOS |
| PIERRE | COURTEAU |
| DAVID JAMES | BUERY |
| ALAIN | CARTIER |
| JEOST | UEBERBACH |
| OLIVER | WILLKOMM |
| MARGARET | WOOD |

| | |
|---|---|
| PAUL | ELIAS |
| BJORN | MOELLER |
| RENATO | PEDRAZZI |
| JOHN MARSDEN | LAING |
| AILEEN | NOONE |
| MARTIN | FERRANDINO |
| KEVIN | LEES |
| INGRID | STIEFEL |
| PHILIPPE | ALVES |
| CHERYL | COLE |
| ROLF | HELLE |
| CHRIS | HAWKSWORTH |
| ELIZABETH | BROSLAW |
| KEITH | DRUMMOND |
| DEREK | TIGWELL |
| ERICH | KRIWETT |
| PAUL | BROWN |
| CHARLES | POPE-HATTERSLEY |
| GIULIO | SALOMONE |
| VERONICA | VAN DE POL |
| FLAVIO | BOGGIO |
| FRANKMR | WAITE |
| CLIFFORD JAMES | BERGE |
| JENNY | BULL |
| GEORGE WILLIAM | MORRISON |
| MICHEL | BRACONNIER |
| HERBERT | ORTH |
| DONALD B | GENEST |
| INGO | HELLER |
| LORINA | TAMAS |
| BERND | BALFANZ |
| ANDREW JOHN | POLLACK |
| DANIELA | WEBER |
| DANIELE | LOCONTE |
| POMAH | DIREKTOVICH |
| HERMANN | BRAUNGER |
| MICHAEL | WAYMAN |
| JOSEPH | KNAPEN |
| LASZLO CSABA | BODOR |
| PATRICK | WIJNANTS |
| CHERYL | DOE |
| RENE | DE DOOIJ |
| ANTONIO | ZAFFINI |
| JOHANNES | VAN ECK |
| MIROSLAW | OPOKA |

| | |
|---|---|
| PMR | VANDERSPOEL |
| ERNST | HOLZREITER |
| JASON | WILLIAMS |
| WERNER | FUHRMANN |
| THORSTEN | SCHMAHL |
| ROBERTO | LONATI |
| ROBIN | TALUKDAR |
| HENRI | RAGETLIE |
| GIANNI RICCARI | APRATO |
| NIGEL | FUNNELL |
| MATTHIAS | VUELLINGS |
| GEORGE | BRIGHT |
| MARKUS | FINKLER |
| RENATO | GLUDERER |
| KLAAS | KIEWIET |
| GERHARD | TIMMERMANN |
| MARKUS | RUETIMANN |
| HENDRIKUS | VAN DEN BOSCH |
| HEIKKI | KUKKANEN |
| CINDY L | SPENCER |
| PHILIPH | CACALY |
| WILLIAM | LEWIS |
| MANFRED | ZELLER |
| KATRINA | KUEHNEL |
| JAN | HEIJENK |
| GEORGE | STRUIJKER |
| ERIC MICHEL HL | LANNIER |
| PHILLIP | SCHILCHEGGER |
| ELISABETH | DR STEINMETZ |
| MICHAEL HARV | PHILLIPS |
| ZUZANA | CERVENKOVA |
| GEORGE | TSALAMANORIS |
| ULRICH | BAHREN |
| MIRIAM | FRESNO |
| SONJA | FISCH |
| MICHAEL | BAUMANN |
| CIARAN | MAGUIRE |
| JEREMY | ASHWORTH |
| ALEXIS | SHAUGHNESSY |
| THOMAS | SPONSEILER |
| TOM | NESIC |
| DARREN | GOODALL |
| PHI | LI |
| ANDREAS | WERMKE |
| MARLEEN | GHEYSENS |

| | |
|---|---|
| NICOLINE | VERSEVELDT |
| JOHN | ENGLISH |
| ROBERT | MEISNER |
| NANDO | NAPOLETANO |